IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,               No. CR S-85-322 LKK KJM P

    vs.

ROQUE TERCERO-ARANDA,

        Movant.                 <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Movant is a Texas state prisoner seeking a writ of habeas corpus. As evidenced by movant's address on his application, movant currently is in custody under an order of a Texas court. Therefore, if movant seeks a writ of habeas corpus he must file an application under 28 U.S.C. § 2254 in Texas. <u>See</u> 28 U.S.C § 2241(d).

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice to refiling in a Texas federal court.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, movant may file written objections with the court and serve a copy on all parties. Movant is advised that failure to file

/////

1  objections within the specified time waives the right to appeal the District Court's order.

2  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: May 12, 2005.

                                     _____
                                     UNITED STATES MAGISTRATE JUDGE

aran0322.257