1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11              Respondent,                    No. CR S-85-322 LKK KJM P

12        vs.

13   ROQUE TERCERO-ARANDA,

14              Movant.                        <u>ORDER</u>

15   _____/

16              Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set

17   aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United

18   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On May 13, 2005, the magistrate judge filed findings and recommendations herein

20   which were served on movant and which contained notice to movant that any objections to the

21   findings and recommendations were to be filed within twenty days.  Movant has filed objections

22   to the findings and recommendations.

23              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed May 13, 2005 are adopted in full;

3        2.  This action is dismissed without prejudice to refiling in Texas federal court;

4  and

5        3.  The Clerk of the Court is directed to close the companion civil case, No. CIV

6  S-04-1769 LKK KJM P.

7  DATED:  August 15, 2005.

8

9                                   /s/Lawrence K. Karlton
                                    UNITED STATES DISTRICT JUDGE
10  /terc0322.804vac

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26