```
1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
                                         NO. CR. 85-322 LKK/KJM P
12            Respondent,
13       v.                                      O R D E R
14  ROQUE TERCERO-ARANDA,
15            Movant.
                                        /
16
17       Before the court is movant's motion pursuant to Fed. R. Crim.
18  P. 60(b)(4).  To the extent the court has jurisdiction, the motion
19  is DENIED.
20       IT IS SO ORDERED.
21       DATED:  May 10, 2006.
22                                  /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
23                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
24
25
26
```